# EXHIBIT A

State of Illinois            )
                             ) ss
County of St. Clair          )

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY
## IN SUPPORT OF COMPLAINT FOR FORFEITURE

I, Julie Olmsted, declare under penalty of perjury the following:

At all relevant times, I have been a Special Agent (SA) with the Drug Enforcement Administration (DEA). The contents of this Declaration are based on information provided to me during the course of my investigation from participants in the criminal activity, from other witnesses, and from other law enforcement officers.

1. The Fairview Heights Resident Office of the DEA began investigating Stacey HARVEY in July 2022. HARVEY has an extensive criminal history which includes Robbery, Delivery of Cannabis, Theft, Possession with Intent to Distribute Marijuana and Conspiracy to Distribute Cocaine and is presently on Federal Supervised Release until 2024.

2. Based on the investigation, the DEA obtained a federal search warrant which was executed at HARVEY's residence located in Cahokia, St. Clair County, Illinois on August 15, 2022.

3. During the execution of the federal search warrant, Bennee Robertson, Vivica Harvey, and Michael Lumpkins were located inside of the residence. Robertson is the wife of HARVEY. Robertson informed agents that she and HARVEY do not share a bedroom. Robertson stated that bedroom #1 is hers and bedroom #3 belongs to HARVEY. Vivica Harvey is their mutual child. V. Harvey identified bedroom #1 as her mom's bedroom, bedroom #2 as her bedroom and bedroom #3 as her dad's bedroom.

4. As a result of the search, agents located and seized the following:

    a. A white powder substance inside of a clear plastic bag and a smaller clear bag also containing a white powder substance weighing approximately 243.5 gross grams inside a bookbag that was located in the closet of bedroom #2;

    b. A green leafy substance weighing approximately 34.1 gross grams in a clear plastic bag located on a coffee table in the basement;

    c. A green leafy substance weighing approximately 33.3 gross grams in a clear plastic bag located on the dresser in bedroom #2;

    d. A green leafy substance weighing approximately 30.1 gross grams in a clear plastic bag inside a blue Hyundai located on the property;

    e. An undetermined amount of United States Currency located in a nightstand in bedroom #3;

    f. An undetermined amount of United States Currency located within a laundry basket, inside a sock in bedroom #3; and

    g. An undetermined amount of United States Currency located within a black bag inside of the closet in bedroom #3.

5. On August 17, 2022, the seized currency was transported to Loomis where an official count was conducted. The total amount of seized currency was $30,550.00.

6. On October 18, 2022, HARVEY was charged in the Southern District of Illinois with Distribution of a Controlled Substance: Cocaine Base (Counts 1 and 2) and Possession With the Intent to Distribute a Controlled Substance: Cocaine (Count 3) in *United States v. Stacey Harvey*, 22-cr-30110-NJR. The Indictment also contains a forfeiture allegation for the $30,550.00 seized from HARVEY's residence.

7. Based on the foregoing, declarant believes that the $30,550.00 in United States Currency is property which constitutes money furnished or intended to be furnished by a person in exchange for a controlled substance, or proceeds traceable to such an exchange, or money used to facilitate a violation of 21 U.S.C. Section 801 *et seq.*

Pursuant to 28 U.S.C. Section 1746(2), I declare under penalty of perjury that the

foregoing is true and correct.

Executed on this 17th day of March, 2023.

JULIE OLMSTED
Special Agent
Drug Enforcement Administration